RAMIN R. YOUNESSI, CA Bar No. 175020
ryounessi@younessilaw.com
HEATHER N. PHILLIPS, CA Bar No. 258638
hphillips@younessilaw.com
FUMIO ROBERT NAKAHIRO, CA Bar No. 130110
fnakahiro@younessilaw.com
CHRISTOPHER S. AFGANI, CA Bar No. 336750
cafgani@younessilaw.com
LAW OFFICES OF RAMIN R. YOUNESSI
A Professional Law Corporation
3435 Wilshire Boulevard, Suite 2200
Los Angeles, CA  90010
Telephone:  213-480-6200
Facsimile:   213-480-6201

Attorneys for Plaintiff
RENE HERNANDEZ

MARK F. LOVELL, CA Bar No. 246652
mark.lovell@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714-800-7900
Facsimile:   714-754-1298

Attorneys for Defendant
JOHNSON CONTROLS SECURITY
SOLUTIONS, LLC

*[Additional Counsel on following page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE HERNANDEZ, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHNSON CONTROLS SECURITY SOLUTIONS, LLC, a Delaware limited liability company; and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No. 8:25-CV-01846-FWS-DFM<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: June 30, 2025<br>Trial Date:      None<br>District Judge:  Hon. Fred W. Slaughter<br>          Courtroom 10D, Santa Ana<br>Magistrate Judge: Hon. Douglas F. McCormick<br>          Courtroom 780, Santa Ana |

1                                          Case No. 8:25-CV-01846-FWS-DFM
[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER

KARI J. VAN SINDEN, CA Bar No. 357954
kari.vansinden@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:   213-239-9800
Facsimile:    213-239-9045

Attorneys for Defendant
JOHNSON CONTROLS SECURITY
SOLUTIONS, LLC

Case No. 8:25-CV-01846-FWS-DFM
[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER

## **ORDER**

FOR GOOD CAUSE SHOWN, Plaintiff RENE HERNANDEZ and Defendant JOHNSON CONTROLS SECURITY SOLUTIONS, LLC, Stipulated Protective Order is hereby GRANTED.

**DATED:** February 25, 2026

_____
Honorable Douglas F. McCormick
United States Magistrate Judge

[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER